

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of A.R.H., a Child

No. 06-14-00107-CV

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 67,697). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Kenneth Scott Baxley, pay all costs of this appeal.

RENDERED MAY 12, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk